DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ODEN

No. 86P85.

Case below: 72 N.C. App. 360.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. PAYNE

No. 118P85.

Case below: 73 N.C. App. 154.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. PIPPIN

No. 145P85.

Case below: 72 N.C. App. 387.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 May 1985.

STATE v. RAYE

No. 190P85.

Case below: 73 N.C. App. 273.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985.

STATE v. ROBINSON

No. 202P85.

Case below: 73 N.C. App. 335.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 June 1985.